IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRELL D. CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-068 |
| | ) | |
| SABRIYA GRIFFIN and CHEVEN | ) | |
| BERNARD KING, JR., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 22.) Plaintiff also filed a "Motion for Disposition Within 28 U.S.C. § 6361(a)(b)" and "Motion for Rehearing" after the Magistrate Judge's R&R was entered. (Doc. nos. 21, 23-1.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Further, Plaintiff's recently filed motions have no merit and are largely illegible as with Plaintiff's other filings.

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's remaining motions, (doc. nos. 11, 14-16), **DENIES** Plaintiff's recently filed motions, (doc.

nos. 21, 23-1), **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 12th day of December, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE