IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 APR 22 PM 2:01
CLERK ____
SO. DIST. OF GA.

| | | |
|---|---|---|
| DARRELL D. CROSS, | * | |
| Plaintiff, | * | |
| v. | * | CV 319-068 |
| SABRIYA GRIFFIN and CHEVEN BERNARD KING, JR., | * | |
| Defendants. | * | |

# O R D E R

Plaintiff Darrell D. Cross's "Emergence (sic) Motion for Direct Discovery" having come before this Court while the case was on appeal, the motion (doc. no. 29) is **DENIED AS MOOT**. See, e.g., Shivers v. Hill, 205 F. App'x 788, 789 (11th Cir. 2006) ("[T]he filing of a notice of appeal . . . divests the district court of its control over those aspects of the case involved in the appeal.") (quoted source omitted). The Court further notes that the motion is largely unintelligible so that it is unlikely that Plaintiff would have been granted any relief therefrom.

**ORDER ENTERED** at Augusta, Georgia this 22nd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE